**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 1:03CR00092-001** |
| | ) | |
| **MICHAEL PORRARO** | ) | |

**ORDER TO TERMINATE PROBATION**

**THIS CAUSE** having come before the Honorable William E. Smith, U.S. District Judge, upon the petition of Supervising U.S. Probation Officer Kurt E. O'Sullivan, for an order to terminate the defendant's remaining portion of his three-year period of probation,

**WHEREAS** the defendant's term of supervision commenced on July 9, 2004, and he has complied with the rules and regulations of his supervised release by satisfying all of his Court-ordered financial obligations, it is hereby

**ORDERED** that the defendant's supervised release terminate at this time.

**ENTERED** as an order of this Honorable Court the 27th day of September, ~~2006~~.

ENTER:

[signature]
William E. Smith
U.S. District Judge

PER ORDER:

[signature]
Deputy Clerk